UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ONE RIVER PLACE CONDOMINIUM ASSOCIATION, INC. | CIVIL ACTION |
| versus | NO. 07-1305 |
| AXIS SURPLUS INSURANCE COMPANY, ET AL | SECTION: E/3 |

CONSOLIDATED WITH

| | |
|---|---|
| EVAN TRESTMAN ET AL | CIVIL ACTION |
| versus | NO. 06-11400 |
| ONE RIVER PLACE CONDOMINIUM ASSOCIATION, INC., ET AL | SECTION: E/3 |

### **O R D E R**

Considering the unopposed motion to vacate the Order of Consolidation and sever the captioned civil actions for separate trials, r.d. #111;

**IT IS ORDERED** that the Order of Consolidation, r.d. #11 entered on April 5, 2007, **BE AND IS HEREBY VACATED, severing civil actions 06-11400 and 07-1350 for separate trials;** and,

**IT IS FURTHER ORDERED** that a preliminary conference to set trial dates in each civil action be set by the case manager.

New Orleans, Louisiana, May 13, 2008.

_____
UNITED STATES DISTRICT JUDGE
MARCEL LIVAUDAIS, JR.